UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| In Re: | § | Case No. |
| | § | |
| DANIEL KAESTNER | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

**DEBTOR'S RESPONSE TO**
**ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES**

My name is DANIEL KAESTNER.   I am a debtor in this bankruptcy case.   I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.   If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: _9/25/13_

_____
Signature of Debtor